576

the Court. *Messrs. J. V. Norman* and *Robert E. Quirk* for petitioners. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. Robert L. Stern* for respondents.

No. 11, original, October Term, 1934. NEW JERSEY *v.* DELAWARE. December 19, 1938. Motion for leave to file a second petition for rehearing denied. 304 U. S. 590.

No. 848, October Term, 1937. GORNY ET AL. *v.* TRUSTEES OF MILWAUKEE COUNTY ORPHANS BOARD. December 19, 1938. Motion for leave to file petition for rehearing denied. 304 U. S. 559.

No. 507. CONNOR *v.* RIVERS, GOVERNOR.
Decided January 3, 1939. *Per Curiam:* The motion of the appellees to affirm is granted and the decree is affirmed. *Healy* v. *Ratta,* 292 U. S. 263; *McNutt* v. *General Motors Acceptance Corp.,* 298 U. S. 178. *Mr. Albert H. Fry* for appellant. *Mr. M. J. Yeomans,* Attorney General of Georgia, for appellee.

No. 522. WHITMER *v.* ILLINOIS.
Decided January 3, 1939. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted and the appeal is dismissed (1) for the want of jurisdiction, § 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937); and (2) for want of a properly presented federal question. *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon* v. *Georgia,* 295 U. S. 441, 443. *Mr. Wm. Scott Stewart* for appellant. *Mr. Otto Kerner,* Attorney General of Illinois, for appellee.